IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAJ K. BHANDARI, MEENAKSHI
BHANDARI, LARRY R. GUSTAVSON,
and LAVONNE C. GUSTAVSON,

                Plaintiffs,                      ORDER

    v.

                                                    13-cv-220-wmc

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD,
FEDERAL HIGHWAY ADMINISTRATION,
VICTOR M. MENDEZ, and MARK GOTTLEIB,

                Defendants.

---

The court held a telephonic status conference today in response to defendant United States Department of Transportation's "Request for a Modified Scheduling Order, or in the Alternative, a Status Conference" (dkt. #49), at which defendants appeared by counsel and plaintiffs, now proceeding *pro se*, each appeared personally. Consistent with the outcome of that conference, the court enters the following, written order:

ORDER

IT IS ORDERED that:

1) defendant United States Department of Transportation's Request (dkt. #49) is GRANTED as follows and in all other respects DENIED:

    a) the court will treat plaintiffs' recently filed proposed findings of facts (dkt. #50), as well as plaintiffs' submissions in support of their preliminary injunction as their opening submission in support of summary judgment;

    b)   any additional supplementation to plaintiffs' motion for summary judgment is due on or before August 30, 2013;

    c)   defendants' response to plaintiffs' submissions on summary judgment is due on or before September 24, 2013; and

    d)   plaintiffs' reply in support of their motion for summary judgment is due on or before October 15, 2013; and

2)   the hearing tentatively scheduled for October 15, 2013, is canceled.  The court will reschedule a hearing if warranted by the parties' submissions.

Entered this 22nd day of August, 2013.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge