IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAJ K. BHANDARI, MEENAKSHI
BHANDARI, LARRY R. GUSTAVSON and
LAVONNE C. GUSTAVSON,   JUDGMENT IN A CIVIL CASE

   Plaintiff,   13-cv-220-wmc

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, RAY LAHOOD,
FEDERAL HIGHWAY ADMINISTRATION,
VICTOR M. MENDEZ and
MARK GOTTLEIB,

   Defendants.

   This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants United States Department of Transportation, Ray Lahood, Federal Highway Administration, Victor M. Mendez and Mark Gottleib and dismissing this case with prejudice.

| /s/ | 1/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |